IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Action No. 3:08CR386–HEH |
| | ) | |
| RICHARD S. BEARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

THIS MATTER is before the Court on a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on July 12, 2010. Having reviewed the R&R and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the R&R. In accordance with the R&R, the Court HEREBY ACCEPTS Defendant's guilty plea made pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: Sept 28, 2010
Richmond, VA